**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 305 EAL 2016
                        :
             Respondent         :
                        :    Petition for Allowance of Appeal from
                        :    the Order of the Superior Court
            v.                  :
                        :
                        :
SAMUEL N. CABRERA,            :
                        :
             Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.